Case Nos. 22-1445 & 23-1002

*In the*

# United States Court of Appeals

*for the*

# Tenth Circuit

KALEY CHILES,

*Plaintiff-Appellant / Cross-Appellee,*

v.

PATTY SALAZAR, in her official capacity as Executive Director
of the Dep't of Regulatory Agencies, et al.,

*Defendants-Appellees / Cross-Appellants.*

INSTITUTE FOR FAITH AND FAMILY; ASSOCIATIONS OF CERTIFIED
BIBLICAL COUNSELORS; INSTITUTE FOR JUSTICE,

*Amici Curiae.*

_____

*Appeal from a Decision of the United States District Court for the
District of Colorado – Denver, Case No. 1:22-cv-02287-CNS-STV
Honorable Charlotte N. Sweeney, Judge Presiding.*

## *AMICUS CURIAE* BRIEF OF ETHICS AND PUBLIC POLICY CENTER IN SUPPORT OF PLAINTIFF-APPELLANT

Michael G. McHale
THOMAS MORE SOCIETY
10506 Burt Circle, Suite 110
Omaha, NE 68114
(402) 501-8586
mmchale@thomasmoresociety.org

Peter Breen
THOMAS MORE SOCIETY
309 West Washington Street
Suite 1250
Chicago, IL 60606
(312) 782-1680
pbreen@thomasmoresociety.org

*Attorneys for Ethics and Public Policy Center*



COUNSEL PRESS · (213) 680-2300

PRINTED ON RECYCLED PAPER



## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, counsel for *amicus* certifies that Amicus Curiae Ethics and Public Policy Center has no parent corporations or any other publicly held corporations that own 10% or more of its stock.

/s/ *Michael G. McHale*
Michael G. McHale
*One of the Attorneys for Amicus Curiae*
*Ethics and Public Policy Center*

# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ............................................i

TABLE OF AUTHORITIES ..................................................................iii

INTEREST OF AMICUS CURIAE .......................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT ..........................2

ARGUMENT ........................................................................................4

1.    Gender affirmation and the Law: inextricably linked ...................4

2.    Gender affirmation: An unethical approach based on a faulty anthropology......................................................................................9

3.    Gender affirmation: Poor outcomes, irreversible harm ...............11

4.    Client-responsive psychotherapy is needed—but foreclosed by the Law ..............................................................................................19

5.    The Law forces every adolescent down the gender affirming pathway towards irreversible medical harm.................................24

CONCLUSION ...................................................................................26

# TABLE OF AUTHORITIES

*Chiles v. Salazar*
   Civil Action 1:22-cv-02287-CNS-STV (D. Colo. Dec. 19, 2022) ........... 8

*Co Rev Stat* § 12-245-202(3)(b)(I) .............................................................. 8

*Co Rev Stat* § 12-245-202(3.5)(a) .............................................................. 7

*Co Rev Stat* § 12-245-202(6) ..................................................................... 7

Abigail Shrier, "Top Trans Doctors Blow the Whistle on
'Sloppy Care,'" Common Sense, October 4, 2021.
https://bariweiss.substack.com/p/top-trans-doctors-
blow-the-whistle. ..................................................................................... 25

American Psychiatric Association (2022),
https://www.psychiatry.org/patients-families/gender-
dysphoria/what-is-gender-dysphoria ......................................................... 4

Becky McCall and Lisa Nainggolan, Transgender Teens:
Is the Tide Starting to Turn? Medscape. April 26, 2021.
https://www.medscape.com/viewarticle/949842. ................................... 16

Becky McCall, NHS Makes Child Gender Identity Service
Changes After High Court Ruling. Medscape. December 4, 2020.
https://www.medscape.com/viewarticle/941781. ................................... 17

Becky McCall, Psychiatrists Shift Stance on Gender Dysphoria,
Recommend Therapy. Medscape. October 7, 2021.
https://www.medscape.com/viewarticle/960390. ................................... 18

Biggs, Michael. "Revisiting the effect of GnRH analogue treatment on
bone mineral density in young adolescents with gender dysphoria"
*Journal of Pediatric Endocrinology and Metabolism*, vol. 34, no. 7, 2021,
pp. 937-939. https://doi.org/10.1515/jpem-2021-0180. ........................... 13

Blog, "Gender-affirming hormone in children and adolescents," BMJ
EBM Spotlight. February 25, 2019.
https://blogs.bmj.com/bmjebmspotlight/2019/02/25/gender-affirming-
hormone-in-children-and-adolescents-evidence-review/. ................. 14-15

Carmichael, P., Butler, G., Masic, U., Cole, T. J.,
De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S.,
& Viner, R. M. (2021). Short-term outcomes of pubertal
suppression in a selected cohort of 12 to 15 year old young
people with persistent gender dysphoria in the UK.
*PloS one, 16*(2), e0243894. https://doi.org/10.1371/journal.
pone.0243894. .............................................................. 6, 13, 14

Cass, H., The Cass Review: Independent Review of Gender
Identity Services for Children and Young People: Interim
Report. February 2022. https://cass.independent-
review.uk/publications/interim-report/. .................................... 18

Chad Terhune, et al., "As more transgender children seek medical care,
families confront many unknowns," A Reuters Special Report,
Reuters.com, October 26, 2022.
https://www.reuters.com/investigates/special-report/
usa-transyouth-care/ ............................................................ 16

Christina Buttons, "U.K.'s Largest Pediatric Gender Clinic
Ignored Autism Connection In Teens Seeking Sex Changes,
New Book Claims," The Daily Wire, February 15, 2023.
https://www.dailywire.com/news/u-k-s-largest-pediatric-
gender-clinic-ignored-autism-connection-in-teens-seeking-
sex-changes-new-book-claims ................................................. 23

Clayton, A. The Gender Affirmative Treatment Model for
Youth with Gender Dysphoria: A Medical Advance or Dangerous
Medicine?. *Arch Sex Behav* (2021). https://doi.org/10.1007/
s10508-021-02232-0. ........................................................... 15

Clayton, A. Gender-Affirming Treatment of Gender
Dysphoria in Youth: A Perfect Storm Environment
for the Placebo Effect—The Implications for Research
and Clinical Practice. *Arch Sex Behav* 52, 483–494 (2023).
https://doi.org/10.1007/s10508-022-02472-8 ............................ 11, 13

Coleman, E., et al. (2022). Standards of Care for the Health of
Transgender and Gender Diverse People, Version 8, *International
Journal of Transgender Health*, 23:sup1, S1-S259. DOI:
10.1080/26895269.2022.2100644. ........................................... 16

iv

Coleman, E., et al. (2022). Correction, *International Journal of Transgender Health*, 23:sup1, S259-S261, S259. DOI: 10.1080/26895269.2022.2125695. ........................................................... 16

D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2020). One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. *Archives of Sexual Behavior*. https://doi.org/ 10.1007/s10508-020-01844-2. ................................................. 24

David Schwartz (2021). Clinical and Ethical Considerations in the Treatment of Gender Dysphoric Children and Adolescents: When Doing Less Is Helping More, *Journal of Infant, Child, and Adolescent Psychotherapy*, DOI: 10.1080/15289168.2021.1997344. ....................................... 19, 21, 22, 25

de Vries, A.L.C., & Cohen-Kettenis, P.T. (2012). Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *Journal of Homosexuality*, 59(3), 301-320. https://doi.org/10.1080/00918369.2012.653300. .................................... 12

de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011 Aug;8(8):2276-83. doi: 10.1111/ j.1743-6109.2010.01943.x. Epub 2010 Jul 14. PMID: 20646177............ 13

Dhejne, C, Lichtenstein, P, Boman, M, Johansson, ALV, Långström, N, Landén, M. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. Scott J, editor. *PLoS ONE* 2011; 6(2): e16885. ............................................................. 24

Ehrensaft D. Gender nonconforming youth: current perspectives. Adolesc Health Med Ther. 2017 May 25;8:57-67. doi: 10.2147/AHMT.S110859. PMID: 28579848; PMCID: PMC5448699. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5448699/..................... 14

Edwards-Leeper, L., Leibowitz, S., & Sangganjanavanich,
V. F. (2016). Affirmative practice with transgender and gender
nonconforming youth: Expanding the model. *Psychology of
Sexual Orientation and Gender Diversity, 3*(2), 165-172.
https://doi.org/10.1037/sgd0000167. ................................................. 6, 7, 8

Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth,
Substance Abuse and Mental Health Services Administration (2015).
https://store.samhsa.gov/
product/Ending-Conversion-Therapy-Supporting-and-Affirming-
LGBTQ-Youth/SMA15-4928. ................................................................... 7

Entwistle, K. (2020). Debate: Reality check–Detransitioner's
testimonies require us to rethink gender dysphoria. *Child and
Adolescent Mental Health*, camh.12380,
https://doi.org/10.1111/camh.12380. ...................................................... 11

"Feminizing Hormones," and "Masculinizing Hormone Side Effects: A
Brief List," Randall Children's Hospital Legacy Health T-Clinic,
Portland OR, https://www.legacyhealth.org/
children/health-services/transgender/kids-faq. ...................................... 10

Gaby Hinsliff, "Time to Think by Hannah Barnes Review –
inside Britain's only clinic for trans children," The Guardian,
March 10, 2023. https://www.theguardian.com/books/2023/
mar/10/time-to-think-by-hannah-barnes-review-inside-
britains-only-clinic-for-trans-children .................................................. 23

Griffin, L., Clyde, K., Byng, R., & Bewley, S. (2021).
Sex, gender and gender identity: A re-evaluation of the
evidence. *BJPsych Bulletin*, 45(5), 291-299.
https://pubmed.ncbi.nlm.nih.gov/32690121/. .............................. 5, 11, 20

Hidalgo, M.A., Ehrensaft, D., Tishelman, A.C., Clark,
L.F., Garofalo, R., Rosenthal, S.M., Olson, J. (2013). The
gender affirmative model: What we know and what we aim
to learn. *Human Development,* 56, 285–290, at 286.
http://dx.doi.org/10.1159/000355235. ...................................................... 6

Institute of Medicine 2001. *Exploring the Biological Contributions to Human Health: Does Sex Matter?*. Washington, DC: The National Academies Press, at p. 1. https://doi.org/10.17226/10028. ......................9

Jason Rafferty, COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAMILY HEALTH, COMMITTEE ON ADOLESCENCE, SECTION ON LESBIAN, GAY, BISEXUAL, AND TRANSGENDER HEALTH AND WELLNESS, Michael Yogman, Rebecca Baum, Thresia B. Gambon, Arthur Lavin, Gerri Mattson, Lawrence Sagin Wissow, Cora Breuner, Elizabeth M. Alderman, Laura K. Grubb, Makia E. Powers, Krishna Upadhya, Stephenie B. Wallace, Lynn Hunt, Anne Teresa Gearhart, Christopher Harris, Kathryn Melland Lowe, Chadwick Taylor Rodgers, Ilana Michelle Sherer; Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents. *Pediatrics* October 2018; 142 (4): e20182162. 10.1542/peds.2018-2162.......................................................8

Kenneth J. Zucker, *The Myth of Persistence: Response to "A Critical Commentary on Follow-Up Studies & 'Desistance' Theories about Transgender & Gender Non-Conforming Children" by Temple Newhook et al.*, 19:2 INT'L J. OF TRANSGENDERISM 231 (2018). ...................................................................................11

Kozlowska K, Chudleigh C, McClure G, Maguire AM, Ambler GR. Attachment Patterns in Children and Adolescents With Gender Dysphoria. *Front Psychol*. 2021 Jan 12;11:582688. doi: 10.3389/fpsyg.2020.582688. PMID: 33510668; PMCID: PMC7835132. ...................................19, 20

Laura Edwards-Leeper and Erica Anderson, "The mental health establishment is failing trans kids," *The Washington Post*, November 24, 2021.................................................................23

Levine SB. Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria. *J Sex Marital Ther*. 2018 Jan 2;44(1):29-44. doi: 10.1080/0092623X.2017.1309482. Epub 2017 Apr 19. PMID: 28332936. https://pubmed.ncbi.nlm.nih.gov/28332936/. .........................................14

Levine, S.B. (2019). Informed Consent for Transgendered Patients, *Journal of Sex & Marital Therapy*, 45:3, 218-229 (2019), DOI: 10.1080/0092623X.2018.1518885. ..................................................9

Lisa Nainggolan, Hormonal Tx of Youth With Gender Dysphoria Stops in Sweden, Medscape. May 12, 2021. https://www.medscape.com/viewarticle/950964. ...................................17

Littman, L. (2018). Parent reports of adolescents perceived to show signs of a rapid onset of gender dysphoria. *PLoS ONE,* 13(8), e0202330. https://doi.org/10.1371/journal.pone.0202330 .......................21

Littman, L. (2019). Correction: Parent reports of adolescents and young adults perceived to shown signs of a rapid onset of gender dysphoria. *PLoS ONE*. https://doi.org/10.1371/journal.pone.0214157....................21

Littman, L. (2021). Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. *Arch Sex Behav* 50, 3353-3369. https://doi.org/10.1007/s10508-021-02163-w. https://link.springer.com/article/10.1007/ s10508-021-02163-w. ................................................................. 8, 20, 25

Malone, W., D'Angelo, R., Beck, S., Mason, J., & Evans, M. (2021). Puberty blockers for gender dysphoria: the science is far from settled. *The Lancet Child & Adolescent Health*, 5(9), e33-e34. https://doi.org/10.1016/S2352-4642(21)00235-2. .............11

Megan Twohey and Christina Jewett, "They paused puberty, but is there a cost?" The New York Times, November 14, 2022. https://www.nytimes.com/2022/11/14/health/puberty-blockers-transgender.html..................................................................................16

Mission: Investigate. Trans Children ("Trans Train 4"), November 26, 2021. https://www.svtplay.se/video/ 33358590/uppdrag-granskning/mission-investigate-trans-children-avsnitt-1. .................................................................................16

National Institute for Health and Care Excellence (NICE),
Evidence review: Gonadotrophin releasing hormone analogues
for children and adolescents with gender dysphoria, NHS England, 11
March 2021. https://www.evidence.nhs.uk/document?id=2334888
&returnUrl=search%3fq%3dtransgender%26s%3dDate. ............... 13, 18

Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. Chest
Reconstruction and Chest Dysphoria in Transmasculine Minors and
Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts.
*JAMA Pediatr*. 2018 May 1;172(5):431-436. doi:
10.1001/jamapediatrics.2017.5440. PMID: 29507933; PMCID:
PMC5875384. ..................................................................................... 15

Singh, D., Bradley, S.J., & Zucker, K.J. (2021). A Follow-Up Study of
Boys With Gender Identity Disorder. *Frontiers in psychiatry*, 12:632784.
https://www.frontiersin.org/articles/
10.3389/fpsyt.2021.632784/full. ............................................................. 5

Sonia Appleby, "NHS gender identity clinic whistleblower wins
damages," The Guardian, Sept. 4, 2021.
https://www.theguardian.com/society/2021/sep/04/gender-
identity-clinic-whistleblower-wins-damages. ........................................ 17

Steensma TD, McGuire JK, Kreukels BP, Beekman AJ,
Cohen-Kettenis PT. Factors associated with desistence and
persistence of childhood gender dysphoria: a quantitative
follow-up study. *J Am Acad Child Adolesc Psychiatry*. 2013
Jun; 52(6):582-90. doi: 10.1016/j.jaac.2013.03.016. Epub 2013
May 3. PMID: 23702447. .................................................................... 5-6

Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota,
N. M., de Blok, C., Coumou, B., & Steensma, T. D. (2020).
Trends in suicide death risk in transgender people: results
from the Amsterdam Cohort of Gender Dysphoria study
(1972-2017). *Acta psychiatrica Scandinavica*, 141(6), 486-491.
https://doi.org/10.1111/acps.13164. ....................................................... 24

Zucker, K.J. (2019). Adolescents with gender dysphoria:
Reflections on some contemporary clinical and research
issues. *Archives of Sexual Behavior,* 48(7), 1983-1992.
https://link.springer.com/article/10.1007%2Fs10508-
019-01518-8.  ............................................................ 4-5, 20, 21

## INTEREST OF AMICUS CURIAE[1]

The Ethics and Public Policy Center ("EPPC") is a nonprofit research institution dedicated to applying the Judeo-Christian moral tradition to critical issues of public policy, law, culture, and politics. EPPC's Programs cover a wide range of issues, including bioethics and human flourishing, governmental and judicial restraint, and personhood and identity. EPPC has a strong interest in promoting the Judeo-Christian vision of the human person and responding to the challenges of gender ideology.

Gender ideology has permeated the culture with stunning speed, influencing medicine, media, government, and education. Because it sows confusion and undermines personal well-being, its rise has created an urgent need for clarity, education, and compassionate guidance. This brief was written by Mary Hasson, JD, the Kate O'Beirne Fellow at EPPC and the Director of EPPC's Person and Identity Project, and Ryan T. Anderson, PhD, the President of EPPC.

_____

[1] All parties have consented to this filing. No party's counsel authored this brief in whole or in part, and no person or entity other than amicus curiae or their counsel made a monetary contribution intended to fund the brief's preparation or submission.

## INTRODUCTION AND SUMMARY OF ARGUMENT

The ethics of Colorado's "Minor Therapy Conversion Law" ("the Law") cannot be separated from the gender-affirming approach that underlies it. Gender affirmation provides the theoretical basis for the Law: it presumes that a minor who experiences disharmony between his or her identity feelings and physical body is presumptively "transgender" and clinicians must affirm the minor's transgender identification. This brief presents ethical concerns regarding both gender affirmation as a prescriptive response to a minor's identity distress and the Law itself, which denies effective psychotherapy to minors seeking to explore alternative pathways, including the possibilities of harmonizing their feelings and their physical bodies and desisting from a "transgender" gender identity.

Globally, clinicians have raised alarm over the scant evidence supporting gender-affirming protocols and mounting evidence that gender affirmation harms minors. In the wake of extensive evidence reviews, the medical authorities of four countries have ended or dramatically curtailed gender-affirming interventions for minors. Extensive psychotherapy, open to exploring alternative diagnoses and

non-invasive ways of managing the minor's disharmony between feelings and physical body is emerging as the first-line response to adolescent identity distress.

In the United States, influential gender therapists admit that gender identity "conversion therapy" laws exert a chilling effect on therapists. These transgender-affirming psychologists warn that, without psychological care addressing psychological co-morbidities or other factors, some minors will pursue bodily modifications they will later regret. Research on "detransitioners" confirms that regret is real and likely to increase as minors bear the weight of self-diagnosis and professionals are required to endorse--without question--the adolescent's self-diagnosis and asserted identity.

We urge the Court to consider the serious ethical concerns surrounding the Law, which effectively mandates a "gender-affirmation-only" approach and denies effective psychotherapy to minors seeking psychological help.

# ARGUMENT

## 1.  Gender affirmation and the Law: inextricably linked

The ethics of the Law cannot be considered apart from the gender-affirming approach that underlies it. Gender affirmation provides the theoretical basis for the Law, which bars exploration of the full range of the minor's feelings and bodily experiences, and instead presumes that a minor's experience of "gender dysphoria," or disharmony between self-perceived "gender identity" and the physical body, is immutable and that a minor's judgment as to their "transgender" status is necessarily correct.[2]

The number of children and adolescents diagnosed with gender dysphoria or identifying as "transgender" has risen dramatically over the past decade, becoming "an international phenomenon."[3]  The typical

---

[2] "Gender dysphoria" is a diagnosis listed in the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders, Fifth edition, text revision (DSM-5-TR). "Gender dysphoria… refers to psychological distress that results from an incongruence between one's sex assigned at birth and one's gender identity." "What is gender dysphoria?" American Psychiatric Association (2022), https://www.psychiatry.org/patients-families/gender-dysphoria/what-is-gender-dysphoria

[3] Zucker, K.J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual*

patient profile also has changed: until recently, gender dysphoria patients were usually either adult males or young children, mostly boys. Today, the typical patient is an adolescent, usually female.[4] Alongside the explosion in gender-dysphoric or transgender-identified minors, psychology and medicine witnessed a sea change in the dominant clinical approach towards these issues, raising serious ethical questions.[5]

For years, gender dysphoria in children was addressed through "watchful waiting" or psychotherapy for the child and family. In most (up to 88%) of these situations, the gender dysphoria (identity distress) would resolve by puberty.[6] In contrast, nearly all minors who begin gender-

_____

*Behavior,* 48(7), 1983-1992. https://link.springer.com/article/10.1007%2
Fs10508-019-01518-8.

[4] *Id.*

[5] Griffin, L., Clyde, K., Byng, R., & Bewley, S. (2021). Sex, gender and gender identity: A re-evaluation of the evidence. *BJPsych Bulletin*, 45(5), 291-299. https://pubmed.ncbi.nlm.nih.gov/32690121/.

[6]https://www.frontiersin.org/articles/10.3389/fpsyt.2021.632784/full;
Singh, D., Bradley, S.J., & Zucker, K.J. (2021). A Follow-Up Study of Boys With Gender Identity Disorder. *Frontiers in psychiatry*, 12:632784. Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clin Child Psychol Psychiatry*. 2011 Oct;16(4):499-516. doi:10.1177/1359104510378303. Epub 2011 Jan 7. PMID: 21216800; Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child*

affirming social and medical transitions today persist in transgender identification.[7] Based on the belief that "gender variations are not disorders, gender may be fluid and not binary," the gender-affirming approach insists that minors who identify as transgender should be permitted "to live in the gender that feels most real or comfortable to that child and to express that gender with freedom from restriction, aspersion, or rejection."[8] Consequently, according to a leading gender therapist, "the gender identity and related experienced asserted by a child, an adolescent, and/or family members" should be accepted as "true" and "the

---

*Adolesc Psychiatry*. 2013 Jun;52(6):582-90. doi: 10.1016/j.jaac.2013.03.016. Epub 2013 May 3. PMID: 23702447.

[7] See, for example, this study from the Tavistock and Portman NHS Gender Identity Development Service (UK), which found 98% of adolescents who underwent puberty suppression continued on to cross-sex hormones. Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PloS one*, 16(2), e0243894. https://doi.org/10.1371/journal.pone.0243894.

[8] Edwards-Leeper, L., Leibowitz, S., & Sangganjanavanich, V. F. (2016). Affirmative practice with transgender and gender nonconforming youth: Expanding the model. *Psychology of Sexual Orientation and Gender Diversity*, 3(2), 165-172. https://doi.org/10.1037/sgd0000167, citing Hidalgo, M.A., Ehrensaft, D., Tishelman, A.C., Clark, L.F., Garofalo, R., Rosenthal, S.M., Olson, J. (2013). The gender affirmative model: What we know and what we aim to learn. *Human Development,* 56, 285-290, at 286. http://dx.doi.org/10.1159/000355235.

clinician's role in providing affirming care to that family is to empathetically support such assertions."[9] The gender-affirming model rejects "therapeutic approaches that encourage individuals to accept their given body and assigned gender," and contends that alternative approaches "may inadvertently cause psychological harm."[10] Thus, the Law, which prohibits "any practice or treatment by a licensee, registrant, or certificate holder that attempts or purports to change an individual's sexual orientation or gender identity, including efforts to change behaviors or gender expressions," effectively requires psychotherapists to use only the gender affirming approach with gender-dysphoric minor clients.[11]

---

[9] Edwards-Leeper, L., et al., *supra* n.8, at 165.

[10] *Id.* at 166, citing Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth, Substance Abuse and Mental Health Services Administration (2015). https://store.samhsa.gov/product/Ending-Conversion-Therapy-Supporting-and-Affirming-LGBTQ-Youth/SMA15-4928

[11] As the district court noted, "The Minor Therapy Conversion Law regulates professional conduct. It contemplates regulating a licensed professional counselor's therapeutic "practice[s] or treatments] . . . ." § 12-245- 202(3.5)(a); *see also id.* at § 12-245-202(6) (defining "licensed professional counselor"). Under the Minor Therapy Conversion Law, specifically credentialed professionals and their practices are empowered to provide "[a]cceptance, support, and understanding for the facilitation" of clients' therapeutic needs, but prohibited from using their "practices or treatment" in order to "change sexual orientation or gender identity."

Despite the "absence of empirical data," the gender affirming model and its medical and surgical interventions are heavily promoted by transgender activists, allied clinicians, and establishment medical organizations.[12] Even so, the rapid swing from the "watchful waiting" therapeutic paradigm to a "gender affirmative" protocol is unprecedented. So too is the number of transgender-identified adolescents seeking irreversible "transgender" protocols—drastic measures that some come to regret.[13]

---

*Co Rev Stat* § 12-245-202(3)(b)(I). *Chiles v. Salazar* Civil Action 1:22-cv-02287-CNS-STV (D. Colo. Dec. 19, 2022)

[12] Edwards-Leeper, L., et al., *supra* n.8. Jason Rafferty, COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAMILY HEALTH, COMMITTEE ON ADOLESCENCE, SECTION ON LESBIAN, GAY, BISEXUAL, AND TRANSGENDER HEALTH AND WELLNESS, Michael Yogman, Rebecca Baum, Thresia B. Gambon, Arthur Lavin, Gerri Mattson, Lawrence Sagin Wissow, Cora Breuner, Elizabeth M. Alderman, Laura K. Grubb, Makia E. Powers, Krishna Upadhya, Stephenie B. Wallace, Lynn Hunt, Anne Teresa Gearhart, Christopher Harris, Kathryn Melland Lowe, Chadwick Taylor Rodgers, Ilana Michelle Sherer; Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents. *Pediatrics* October 2018; 142 (4): e20182162. 10.1542/peds.2018-2162

[13] Littman, L. (2021). Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. *Arch Sex Behav* 50, 3353-3369. https://doi.org/10.1007/s10508-021-02163-w.    https://link.springer.com/article/10.1007/s10508-021-02163-w.

## 2.    Gender affirmation: An unethical approach based on a faulty anthropology

Gender affirmation and the resulting bodily modifications are ethically indefensible as a prescriptive response to identity distress. Medical ethics requires clinicians to treat patients with "honesty, beneficence [doing good], nonmaleficience [doing no harm], justice, and respect for patient autonomy."[14]

The human sexual binary *is* reality. Sex is defined as "male or female according to their reproductive organs and functions assigned by the chromosomal complement."[15] A person's sex is imprinted in every cell of the person's body and cannot change.[16]

---

[14] Good medicine facilitates human flourishing, where mind and body are well-functioning, and various bodily systems achieve their ends. A person's thoughts and feelings achieve their ends by being in contact with reality. Any medical intervention intended to affirm someone's false beliefs is inherently misguided. Identifying as female or "as a woman" does not make a male a female where such an "identity" doesn't correspond to reality. Levine, S.B. (2019) Informed Consent for Transgendered Patients, *Journal of Sex & Marital Therapy*, 45:3, 218-229. DOI: 10.1080/0092623X.2018.1518885.

[15] Institute of Medicine 2001. *Exploring the Biological Contributions to Human Health: Does Sex Matter?*. Washington, DC: The National Academies Press, at p. 1. https://doi.org/10.17226/10028.

[16] *Id.*

If an adolescent seeks validation for an identity that does not correspond to reality, a therapist has an ethical duty to speak the truth, not to validate a false self-perception. It is profoundly unethical, for example, to reinforce a male child's belief that he is not a boy, or that he "is" or can "become" a female. It is similarly unethical to suggest that his self-perception (or gender identity) that he "is" a girl overrides the reality of his male-sexed body. No one can change sex. And it is physically and emotionally damaging to introduce cross-sex hormones, destroy fertility, or remove genitals or reproductive organs to "help make the body look and feel less masculine and more feminine" (for males who identify as a "girl") or "less feminine and more masculine" (for females who identify as a "boy")."[17]

---

[17] "Feminizing Hormones," and "Masculinizing Hormone Side Effects: A Brief List," Randall Children's Hospital Legacy Health T-Clinic, Portland 9 OR, https://www.legacyhealth.org/children/health-services/transgender/ kids-faq, resource listed by Dr. Laura Edwards-Leeper. http://www.drlauraedwardsleeper.com/resources.

3.     **Gender affirmation: Poor outcomes, irreversible harm**

Clinical concerns over the outcomes of gender affirmation for minors have escalated.[18] Gender affirmation has a domino effect, beginning with psycho-social transition.[19] Although it is not physically invasive, once begun, psycho-social transition is psychologically difficult to reverse. Children who socially transition are more likely to persist in a transgender-identification than children who do not. This raises serious ethical questions.[20] The Dutch gender-affirming protocol never supported

---

[18] See, for example: Clayton, A. Gender-Affirming Treatment of Gender Dysphoria in Youth: A Perfect Storm Environment for the Placebo Effect—The Implications for Research and Clinical Practice. *Arch Sex Behav* **52**, 483–494 (2023). https://doi.org/10.1007/s10508-022-02472-8. Malone, W., D'Angelo, R., Beck, S., Mason, J., & Evans, M. (2021). Puberty blockers for gender dysphoria: the science is far from settled. *The Lancet Child & Adolescent Health*, 5(9), e33-e34. https://doi.org/10.1016/S2352- 4642(21)00235-2; Griffin, L., et al., *supra* n.5; Entwistle, K. (2020). Debate: Reality check—Detransitioner's testimonies require us to rethink gender dysphoria. *Child and Adolescent Mental Health*, camh.12380, https://doi.org/10.1111/camh.12380.

[19] When a minor's desired identity is affirmed, the minor initiates external "social" changes to express the desired identity (name, pronouns, hair, clothing, etc.).

[20] Kenneth J. Zucker, *The Myth of Persistence: Response to "A Critical Commentary on Follow-Up Studies & 'Desistance' Theories about Transgender & Gender Non-Conforming Children" by Temple Newhook, et al.*, 19:2 INT'L J. OF TRANSGENDERISM 231 (2018), available at https://www.researchgate.net/publication/325443416.

social transition for pre-pubertal children over concerns that it would bias outcomes toward persistence in transgender identification.[21]

Social transition sets the child on a path toward medical transition before the child is mature enough to appreciate its long-term consequences. In pre-pubertal children, social transition creates an impetus for use of puberty blockers. A pre-pubertal child who presents as a member of the opposite sex views puberty with extreme anxiety, fearing the appearance of secondary sex characteristics will reveal the child's true sexual identity. Puberty blockers can preserve the child's secret, for a time, by interrupting the child's natural development.

However, puberty is a whole-body developmental process. Preventing its normal course has unknown long-term consequences beyond "pausing" development of secondary sex characteristics: The child's social and cognitive maturation is suspended along with other developmentally necessary growth, including bone mineralization. Stopping puberty blockers allows the development of secondary sex

---

[21] de Vries, A.L.C., & Cohen-Kettenis, P.T. (2012). Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *Journal of Homosexuality*, 59(3), 301-320. https://doi.org/10.1080/00918369.2012.653300.

characteristics to resume, but the time lost from the unnatural delay in biological maturation cannot be recaptured. No longer described as "fully reversible," puberty blockers have negative effects on bone density, emotional maturation, and other developmental aspects.[22] Further, puberty blockers generally fail to lessen the child's gender dysphoria and produces mixed results on mental health; the long-term effects remain unknown (no long-term studies exist on the safety and outcomes of puberty blockade in dysphoric children for an extended time).[23]

Multiple studies show that almost all children who begin puberty blockers go on to receive cross-sex hormones, with life-altering

---

[22] National Institute for Health and Care Excellence (NICE), Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria, NHS England, 11 March 2021. https://www.evidence.nhs.uk/document?id=2334888&returnUrl=search %3fq%3dtransgender%26s%3dDate; Biggs, Michael. "Revisiting the effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria" *Journal of Pediatric Endocrinology and Metabolism*, vol. 34, no. 7, 2021, pp. 937-939. https://doi.org/10.1515/jpem-2021-0180.

[23] Carmichael, P., et al., *supra* n.7; Clayton, A. *supra* n. 18; de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011 Aug;8(8):2276-83. doi: 10.1111/j.1743-6109.2010.01943.x. Epub 2010 Jul 14. PMID: 20646177.

consequences.[24] Blocking the maturation of genitals and reproductive organs and then introducing cross-sex hormones causes permanent sterility.[25] Gender clinicians also admit that puberty blocking may impair the child's later adult sexual function.[26] These losses cannot be fully comprehended by a child, thus precluding the possibility of informed consent.

Cross-sex hormones also carry numerous health risks, including genital and vaginal atrophy, hair loss (or gain), voice changes, and infertility; they increase cardiovascular risks and cause liver and metabolic changes.[27] The flood of high-dose, opposite-sex hormones

[24] Carmichael, P., et al., supra n. 7. Levine SB. Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria. *J Sex Marital Ther*. 2018 Jan 2;44(1):29-44. doi: 10.1080/0092623X.2017.1309482. Epub 2017 Apr 19. PMID: 28332936. https://pubmed.ncbi.nlm.nih.gov/28332936/.

[25] Diane Ehrensaft, a leading proponent of gender-affirming care, notes that a "child who begins puberty blockers at Tanner Stage 2 and proceeds directly to cross-sex hormones will be rendered infertile." Ehrensaft D. Gender nonconforming youth: current perspectives. Adolesc Health Med Ther. 2017 May 25;8:57-67. doi: 10.2147/AHMT.S110859. PMID: 28579848; PMCID: PMC5448699. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5448699/

[26] Abigail Shrier, "Top Trans Doctors Blow the Whistle on 'Sloppy Care,'" Common Sense, October 4, 2021. https://bariweiss.substack.com/p/ top-trans-doctors-blow-the-whistle.

[27] Blog, "Gender-affirming hormone in children and adolescents," BMJ EBM Spotlight. February 25, 2019. https://blogs.bmj.com/

causes emotional and psychological changes. Females who take testosterone experience an increase in gender dysphoria, particularly regarding their breasts, creating heightened demand for double mastectomies as young as 13.[28] The gender affirming model recommends treating this emotional discontent with mastectomies performed on adolescent girls. This is an unethical practice described by psychotherapist Alison Clayton as "dangerous medicine."[29]

The gender-affirming approach continues to push ethical boundaries. The World Professional Association for Transgender Health (WPATH) "Standards of Care Version 8" initially lowered the recommended ages for minors to receive cross-sex hormones and surgeries but, within hours of its release, withdrew the age minimums

---

bmjebmspotlight/2019/02/25/gender-affirming-hormone-in-children-and-adolescents-evidence-review/.

[28] Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA Pediatr*. 2018 May 1;172(5):431-436. doi: 10.1001/jamapediatrics .2017.5440. PMID: 29507933; PMCID: PMC5875384.

[29] Clayton, A. The Gender Affirmative Treatment Model for Youth with Gender Dysphoria: A Medical Advance or Dangerous Medicine?. *Arch Sex Behav* (2021). https://doi.org/10.1007/s10508-021-02232-0.

entirely.[30] This amounts to unethical human experimentation—on *children.* A Swedish teen who underwent medical transition and then detransitioned after suffering substantial bodily harm describes the "gender affirming" medical protocol this way: "They're experimenting on young people ... we're guinea pigs."[31]

The unethical nature of these interventions has drawn global attention.[32] The leading gender clinic in Sweden ended the use of puberty

---

[30] Coleman, E., et al. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, *International Journal of Transgender Health*, 23:sup1, S1-S259. DOI: 10.1080/26895269.2022.2100644; Coleman, E., et al. (2022). Correction, *International Journal of Transgender Health*, 23:sup1, S259-S261, S259. DOI: 10.1080/26895269.2022.2125695.

[31] Mission: Investigate. Trans Children ("Trans Train 4"), November 26, 2021. https://www.svtplay.se/video/33358590/uppdrag-granskning/mission-investigate-trans-children-avsnitt-1.

[32] Becky McCall and Lisa Nainggolan, Transgender Teens: Is the Tide Starting to Turn? Medscape. April 26, 2021. https://www.medscape.com/viewarticle/949842. Chad Terhune, et al., "As more transgender children seek medical care, families confront many unknowns," A Reuters Special Report, Reuters.com, October 26, 2022. https://www.reuters.com/investigates/special-report/usa-transyouth-care/; Megan Twohey and Christina Jewett, "They paused puberty, but is there a cost?" The New York Times, November 14, 2022. https://www.nytimes.com/2022/11/14/health/puberty-blockers-transgender.html

16

blockers in minors.[33] Finland likewise reversed course, issuing new guidelines that prioritize psychotherapy as the first-line treatment for gender dysphoric minors.[34] In the United Kingdom, whistleblower complaints exposed the National Health Service's (NHS) gender clinic's inadequate psychological care for gender dysphoric minors.[35] A landmark case against the NHS by one detransitioner found that minors lacked capacity to consent to treatments that cause sterility and impair sexual function, causing the NHS to suspend the use of puberty blockers and institute new procedures for better psychological care.[36] (The decision was reversed on procedural grounds, with further appeal denied.) The UK's National Institute for Health and Care Excellence (NICE) also

[33] Lisa Nainggolan, Hormonal Tx of Youth With Gender Dysphoria Stops in Sweden, Medscape. May 12, 2021. https://www.medscape.com/viewarticle/950964.

[34] Summary of a recommendation by COHERE 16.6.2020 Finland. COHERE website: https://palveluvalikoima.fi/en/frontpage. The Council for Choices in Health Care in Finland (COHERE Finland) works in conjunction with the Ministry of Social Affairs and Health, www.palveluvalikoima.fi.

[35] Sonia Appleby, "NHS gender identity clinic whistleblower wins damages," The Guardian, Sept. 4, 2021. https://www.theguardian.com/society/2021/sep/04/gender-identity-clinic-whistleblower-wins-damages.

[36] Becky McCall, NHS Makes Child Gender Identity Service Changes After High Court Ruling. Medscape. December 4, 2020. https://www.medscape.com/viewarticle/941781.

17

reviewed the evidence and found little benefit and substantial risk of harm from gender affirming treatment in minors.[37] An NHS-commissioned review deemed the UK's national gender clinic for minors "unsafe," resulting in its closure.[38] Psychotherapists in Australia and New Zealand issued a policy statement stressing the importance of assessing the "psychological state and context in which gender dysphoria has arisen," before making treatment decisions.[39] Most recently, in March 2023, The Norwegian Healthcare Investigation Board (NHIB/UKOM) restricted the use of puberty blockers for gender affirmation to research settings, deeming their use "experimental" and lacking in evidence-based support.[40]

---

[37] National Institute for Health and Care Excellence (NICE), *supra* n.22.
[38] Cass, H., The Cass Review: Independent Review of Gender Identity Services for Children and Young People: Interim Report. February 2022. https://cass.independent-review.uk/publications/interim-report/.
[39] Becky McCall, Psychiatrists Shift Stance on Gender Dysphoria, Recommend Therapy. Medscape. October 7, 2021. https://www.medscape.com/viewarticle/960390.
[40] Summary of Norwegian report by the Society for Evidence-baed Medicine is here:
https://twitter.com/segm_ebm/status/1634032333618819073?ref_src=tw src%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1634032333618 819073%7Ctwgr%5E6ea9f139b743a30b10424549389e6b46bed040dc%7 Ctwcon%5Es1_&ref_url=https%3A%2F%2Fsegm.org%2F
The full report (in Swedish) is here:

### 4.     Client-responsive psychotherapy is needed—but foreclosed by the Law

These situations are complex. "There is no common underlying meaning to gender dysphoria," writes psychologist David Schwartz.[41] The circumstances giving rise to discontent with the body or confusion about identity are as varied as the individuals themselves. Although the specific causes of gender dysphoria are often unclear, it is well-documented that minors experiencing it generally present with multiple co-morbidities, such as depression or anxiety.[42] Many also have suffered from traumatic childhood events. A recent study of children and adolescents seeking care for gender dysphoria found that "[akin] to children with other forms of psychological distress, children with gender

---

https://ukom.no/rapporter/pasientsikkerhet-for-barn-og-unge-med-kjonnsinkongruens/sammendrag

[41] David Schwartz (2021) Clinical and Ethical Considerations in the Treatment of Gender Dysphoric Children and Adolescents: When Doing Less Is Helping More, Journal of Infant, Child, and Adolescent Psychotherapy, 20:4, 439-449, DOI: 10.1080/15289168.2021.1997344

[42] A recent study reported that 87.7% of children and adolescents diagnosed with gender dysphoria had comorbid psychiatric diagnoses, and many had a "history of self-harm, suicidal ideation, or symptoms of distress." Kozlowska K, Chudleigh C, McClure G, Maguire AM, Ambler GR. Attachment Patterns in Children and Adolescents With Gender Dysphoria. *Front Psychol*. 2021 Jan 12;11:582688. doi: 10.3389/fpsyg.2020.582688. PMID: 33510668; PMCID: PMC7835132.

dysphoria" have "multiple interacting risk factors that include at-risk attachment, unresolved loss/trauma, family conflict and loss of family cohesion, and exposure to multiple [adverse childhood experiences]."[43] In light of these complicated histories, the minimum level of adequate psychotherapy ought to explore "factors that could be misinterpreted as non-temporary gender dysphoria as well as factors that could be underlying causes for gender dysphoria."[44]

The gender affirming protocol, however, does not look for "reasons why" an adolescent feels alienated from the body, because gender affirmation incorporates an "essentialist" view of gender—presuming that a person's "transgender" identity is innate.[45] Gender identity is perceived as a "soul-like quality or 'essence,'" which means that "questioning the ... existence of gender identity becomes equated with questioning that person's entire sense of being."[46] The recent sharp rise in gender dysphoria among adolescents, particularly females, challenges this view. Colloquially described as "rapid onset gender dysphoria," this

---

[43] *Id.*
[44] Littman, L., *supra* n.13.
[45] Zucker, K.J., *supra* n.3.
[46] Griffin, L., et al., *supra* n.5

new presentation is linked to "predisposing psychosocial factors," undermining the claim that an adolescent's asserted identity should be uncritically accepted, and weighing strongly against medical and surgical interventions.[47]

The complexity of these situations underscores the need for therapeutic goals to meet the client's (not others') needs and wishes. The therapeutic goal of "desisting," or re-integrating one's sense of identity with the reality of the sexed body, should never be precluded. As Dr. Schwartz writes, "Remember what desisting is: the child becomes *comfortable* in his or her skin. The child stops insisting that he or she *is* really another gender.... The child is at relative peace with the body he or she has. By what logic could the child's acquisition of peace and comfort not be a desirable outcome?"[48]

---

[47] Zucker, K.J., *supra* n.3, referencing the research of Dr. Lisa Littman. Littman, L. (2018). Parent reports of adolescents perceived to show signs of a rapid onset of gender dysphoria. *PLoS ONE,* 13(8), e0202330. https://doi.org/10.1371/journal.pone.0202330. Littman, L. (2019). Correction: Parent reports of adolescents and young adults perceived to shown signs of a rapid onset of gender dysphoria. *PLoS ONE.* https://doi.org/10.1371/journal.pone.0214157.
[48] Schwartz, D., *supra* n 41.

Nearly 85% of gender dysphoric minors *do* become "comfortable in their own skin" *if* they receive psychotherapy or are simply left alone. In contrast, nearly all gender dysphoric minors who receive gender affirmation will *persist* in transgender identities and experience poor long-term outcomes. Based on his experience treating such minors, Dr. Schwartz concludes "desistance, when it happens, is desirable.... [W]e should think of every trans aspiring child as a potential desister."[49] The gender-affirming approach maintains otherwise, treating desistance as unethical, while reifying a minor's identity desires and treating them as fact. Under the Law, gender dysphoric minors must be "affirmed"—and deprived of the psychotherapy needed to find healing. Presuming that a minor's dissociative feelings are indicative of an emergent, fixed identity leads clinicians to ignore other possible causes, such as autistic-spectrum disorders, mental health issues, traumatic histories, or same-sex attraction. A new book, *Time to Think: The Inside Story of the Collapse of the Tavistock's Gender Service for Children*, by veteran BBC journalist Hannah Barnes, reports that Tavistock clinicians routinely failed to explore alternative diagnoses and treated nearly all children as

---

[49] *Id.*

presumptively "transgender."[50] This approach, observed former Tavistock clinician Anna Hutchinson, meant that "If the service was getting this wrong, it was getting it wrong with some of the most vulnerable children and young people."[51] Two leading U.S. gender clinicians say that clinicians increasingly fail to provide comprehensive assessments and therapy because they fear "being cast as transphobic bigots by their local colleagues and referral sources if they engage in gender exploring therapy with patients, as some have equated this with conversion therapy."[52] Clinicians fear running afoul of "conversion therapy" laws, like the one at issue here.

---

[50] Gaby Hinsliff, "Time to Think by Hannah Barnes Review – inside Britain's only clinic for trans children," The Guardian, March 10, 2023. https://www.theguardian.com/books/2023/mar/10/time-to-think-by-hannah-barnes-review-inside-britains-only-clinic-for-trans-children

[51] Christina Buttons, "U.K.'s Largest Pediatric Gender Clinic Ignored Autism Connection In Teens Seeking Sex Changes, New Book Claims," The Daily Wire, February 15, 2023. https://www.dailywire.com/news/u-k-s-largest-pediatric-gender-clinic-ignored-autism-connection-in-teens-seeking-sex-changes-new-book-claims

[52] Laura Edwards-Leeper and Erica Anderson, "The mental health establishment is failing trans kids," *The Washington Post*, November 24, 2021.

**5.    The Law forces every adolescent down the gender affirming pathway towards irreversible medical harm**

In Colorado, gender dysphoric adolescents have little choice but to travel the gender affirming path, as the Law prohibits open-ended psychotherapy and alternative pathways. The long-term outcomes are not promising. Adults who identify as transgender have high rates of reported suicidality and those who have had genital surgery are nineteen times more likely than the general population to commit suicide.[53] Other recent studies of adults found similar results after gender affirming surgeries: suicide risks and mental health issues remain high.[54]

Gender therapists Laura Edwards-Leeper and Erica Anderson warn that transgender-identified minors are receiving "sloppy, dangerous," and

---

[53] Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, Landén M (2011) Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. https://doi.org/10.1371/journal.pone.0016885

[54] D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2020). One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. *Archives of Sexual Behavior*. https://doi.org/10.1007/s10508-020-01844-2; Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota, N. M., de Blok, C., Coumou, B., & Steensma, T. D. (2020). Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972-2017). *Acta psychiatrica Scandinavica*, 141(6), 486-491. https://doi.org/10.1111/acps.13164.

"substandard" care" from mental health professionals who practice "gender-affirmative care," because "gender affirming" providers "affirm without question" an adolescent's asserted identity and "assume that a person with gender dysphoria who declares they are transgender is transgender and needs medical interventions immediately."[55]

A recent study of 100 detransitioners proves those assumptions wrong: "38 percent reported that they believed their original dysphoria had been caused by 'something specific, such as trauma, abuse, or a mental health condition'" and "fifty-five percent said they 'did not receive an adequate evaluation from a doctor or mental health professional before starting transition.'"[56]

"The bedrock principle of all clinical practice" is "[f]irst, do no harm."[57] "Gender affirmation" for minors is ethically indefensible as a treatment pathway and as a basis for restricting counseling and psychotherapy under the Law.

We urge the Court to consider the serious ethical issues surrounding this Law, which effectively mandates "gender-affirmation-

---

[55] Abigail Shrier, *supra* n.26.
[56] Littman, L., *supra* n.13
[57] David Schwartz, *supra* n.41.

only" and denies effective psychotherapy to minors seeking psychological help for their gender dysphoria, including the possibility of harmonizing identity and the physical body.

## CONCLUSION

For the foregoing reasons, EPPC respectfully requests this Court reverse the district court finding below.

Respectfully submitted,

*/s/ Michael G. McHale*
Michael G. McHale
THOMAS MORE SOCIETY
10506 Burt Circle, Ste. 110
Omaha, NE 68114
402-501-8586
mmchale@thomasmoresociety.org

Peter Breen
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
pbreen@thomasmoresociety.org

*Attorneys for Amicus Curiae Ethics and Public Policy Center*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 32(a) because, excluding the parts of the brief exempted by Fed. R. App. P. 32, this brief contains 4,742 words.

This document complies with the typeface and typestyle requirements of Fed. R. App. P. 32(a)(5)-(7) because this document has been prepared using Microsoft Word in 14-point Century Schoolbook font.


*/s/ Michael G. McHale*
Michael G. McHale
*One of the Attorneys for Amicus Curiae*
*Ethics and Public Policy Center*

## CERTIFICATE OF DIGITAL SUBMISSION

Counsel for *Amici Curiae* hereby certify that all required privacy redactions have been made, which complies with the requirements of Federal Rules of Appellate Procedure 25(a)(5).

Counsel also certifies that the hard copies submitted to the Court are exact copies of the ECF filing of March 15, 2023.

Counsel further certifies that the ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program (Vipre software version 13.0.8334; Definitions version 107429 – 7.94238 [March 15, 2023]; Vipre engine version 6.0.9.9 – 0.0.0.0), and according to the program, is free of viruses.

Dated: March 15, 2023

*/s/ Michael G. McHale*
Michael G. McHale

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I filed the foregoing Brief of Amicus Curiae Ethics and Public Policy Center in support of Plaintiff-Appellant with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the appellate CM/ECF system. All participants in this case who are registered CM/ECF users will be served a true and correct copy of this Brief through that system.

*/s/ Michael G. McHale*
Michael G. McHale